IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 1:13-CR-96(6) |
| | § | JUDGE MARCIA CRONE |
| MARK LOTTIG | § | |

## ELEMENTS OF THE OFFENSE

You are charged in Count One of the indictment with a violation of 21 U.S.C. § 846 conspiracy to distribute and possess with the intent to distribute five (5) kilograms or more, of a Schedule II controlled substance, namely, cocaine HCL.

The essential elements which must be proven to establish the 21U.S.C. § 846 violation are:

1. That two or more persons, directly or indirectly, reached an agreement to possess with intent to distribute cocaine HCL;

2. That the defendant knew of the unlawful purpose of the agreement;

3. That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

4. That the overall scope of the conspiracy was to distribute cocaine HCL in an amount of five (5) kilograms or more.

>
> Respectfully submitted,
> JOHN M. BALES
> UNITED STATES ATTORNEY
> /s/ John A. Craft
> John A. Craft
> Assistant United States Attorney
> Florida Bar No. 0056332
> 350 Magnolia, Ste. 150
> Beaumont, TX 77701
> 409-839-2538

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered by electronic transmission to attorney for defendant, on this the 26th day of August, 2014.

/s/ John A. Craft
JOHN A. CRAFT